## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:10-00091 |
| | ) | Judge Trauger |
| | ) | |
| [2] DON MONTRAIL BRADFORD | ) | |

## O R D E R

The court is in receipt of a letter from defendant Don Bradford dated February 9, 2014.

It is hereby **ORDERED** that the Clerk shall file this letter as part of the record in this case. The Clerk is further directed to furnish to the defendant and to counsel for all parties a copy of both the letter and this Order.

It is further **ORDERED** that the Bureau of Prisons shall remove from the computer record of this defendant any statement that he is a "key government witness." Also, the Bureau of Prisons is **ORDERED** to be mindful of separation issues in this defendant's halfway house placement.

It is so **ORDERED.**

Enter this 14th day of February 2014.

_____
ALETA A. TRAUGER
United States District Judge